No. 89–243.  ELI LILLY & CO. *v.* MEDTRONIC, INC., 496 U. S. 661.  Petition for rehearing denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–6285.  CHAMBERS *v.* OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS ET AL., 494 U. S. 1032.  Motion for leave to file petition for rehearing denied.

AUGUST 14, 1990

No. 89–7730.  FIERRO *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari dismissed under this Court's Rule 46.